IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00041-MR

| | |
|---|---|
| KAREN KLYMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARTIN O'MALLEY, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Defendant's Motion to Stay [Doc. 36].

Upon review of the Defendant's Motion, and for cause shown, the Court will stay the present proceedings pending resolution of the Plaintiff's appeal in the United States Circuit Court of Appeals for the Third Circuit.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Stay [Doc. 36] is **GRANTED**, and this matter is hereby **STAYED** pending resolution of the Plaintiff's appeal in the United States Circuit Court of Appeals for the Third Circuit.

**IT IS FURTHER ORDERED** that the Defendant shall keep this Court apprised of any developments in the appeal before the Third Circuit and shall promptly move to lift the stay once the appeal is completed.

**IT IS SO ORDERED.**

Signed: February 23, 2024

Martin Reidinger
Chief United States District Judge