IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00041-MR

| | |
|---|---|
| KAREN KLYMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARTIN O'MALLEY, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Defendant's Motion to Lift Stay [Doc. 38].

Upon review of the Defendant's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Lift Stay [Doc. 38] is **GRANTED**, and the stay of this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that the Defendant shall have thirty (30) days from the entry of this Order within which to renew a motion to dismiss or otherwise plead as appropriate.

**IT IS SO ORDERED.**   Signed: June 26, 2024

Martin Reidinger
Chief United States District Judge