# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Karen Klyman,<br><br>Plaintiff<br><br>vs.<br><br>Kilolo Kijakazi<br>Commissioner of Social Security<br>Xavier Bacerra,<br><br>Defendants. | JUDGMENT IN CASE<br><br>1:24-cv-00041-MR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2025 Order.

Signed: January 21, 2025

Katherine Hord Simon, Clerk
United States District Court